## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARILYN CARTER, individually and as the                                                            PLAINTIFF
court appointed personal representative of the
Estate of Leo Alexander Rhodes, Deceased, et al.

v.                                               No. 4:09CV00223 JLH

UNITED STATES OF AMERICA, et al.                                                                   DEFENDANT

### ORDER

On November 18, 2009, the Court entered an Order granting permission to Charles Phillip Boyd, Jr., to withdraw as attorney of record for the plaintiff. The Court stayed the case until a new attorney entered an appearance for the plaintiff. The Court stated that if no attorney had entered an appearance on or before May 17, 2010, the Court would dismiss this action with prejudice. No attorney has entered an appearance. Therefore, this action is dismissed without prejudice.

IT IS SO ORDERED this 19th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE